UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Denise Carlon Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Number: (609) 250-0700
dcarlon@kmllawgroup.com
Attorneys for GS Mortgage-Backed Securities Trust 2018-RPL1

Case No: 22-13167 JNP

Chapter: 13

Judge: Jerrold N. Poslusny Jr.

In Re:
Amanda L. Evans a/k/a Amanda Parkin a/k/a Amanda Lee Evans

Debtor(s).

## NOTICE OF APPEARANCE

　　Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of GS Mortgage-Backed Securities Trust 2018-RPL1. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

701 Market Street, Suite 5000
Philadelphia, PA 19106

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒ All documents and pleadings of any nature.

Date: 04/22/2022

/s/ *Denise Carlon*
Denise Carlon
22 Apr 2022, 12:36:59, EDT
**KML Law Group, P.C.**
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363
FAX: (609) 385-2214
Attorney for Creditor

*new 8/1/15*

Document ID: 59c86f71de05dec8e6f68285c820a87ae2d3ce77afb06d84097e90645a3aa7ae