UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322 dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
GS Mortgage-
Backed Securities Trust 2018-RPL1

Order Filed on June 22, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
    Amanda Parkin
              Debtor
    Jason Evans
              Co-Debtor

Case No.: 22-13167 JNP

Adv. No.:

Hearing Date: 5/23/2023 @ 11:00 a.m..

Judge: Jerrold N. Poslusny, Jr.

# ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: June 22, 2023**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtors:   Amanda Parkin & Jason Evans
Case No:  22-13167 JNP
Caption of Order:  ORDER CURING POST-PETITION ARREARS AND RESOLVING MOTION FOR RELIEF FROM STAY
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, GS Mortgage-Backed Securities Trust 2018-RPL1, Denise Carlon appearing, upon a motion to vacate the automatic stay as to real property located at 216 Warren Avenue, Bellmawr, NJ, 08031, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Joseph J. Rogers, Esquire, attorney for Debtors, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of May 22, 2023, Debtor is due for the January 2023 through May 2023 post-petition payments for a total post-petition default of $5,515.05 (5 @ $1,216.25 less suspense $566.20); and

It is **ORDERED, ADJUDGED and DECREED** that Debtor shall make an immediate payment of $3,082.55 to be received no later than June 1, 2023; and

It is **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $2,432.50 will be paid by Debtor remitting $405.42 for five months and $405.40 for one month in addition to the regular monthly mortgage payment, which additional payments shall begin on June 1, 2023 and continue for a period of six months until the post-petition arrears are cured; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume June 1, 2023, directly to Secured Creditor's servicer (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if any of the cure payments or regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $181.00 for filing fees, totaling $531.00, which is to be paid through Debtor's Chapter 13 plan and the motion is hereby resolved.