UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
CAMDEN DIVISION

IN RE:                                                      CASE NO.: 22-13167-jnp
**CHAPTER 13**

Amanda L. Evans,
Debtor.

_____/

**REQUEST FOR SERVICE**

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of GS Mortgage-Backed Securities Trust 2018-RPL1 ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

                                        Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                        Authorized Agent for Secured Creditor
                                        130 Clinton Rd #202
                                        Fairfield, NJ 07004
                                        Telephone: 470-321-7112

                                        By: /s/Kimberly Wilson
                                               Kimberly Wilson
                                               Email: kimwilson@raslg.com

**CERTIFICATE OF SERVICE**

      **I HEREBY CERTIFY** that on January 19, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

AMANDA L. EVANS
216 WARREN AVENUE
BELLMAWR, NJ 08031

And via electronic mail to:

LAW OFFICE OF BARBARA J. SNAVELY
WASHINGTON PROFESSIONAL CAMPUS
900 ROUTE 168, SUITE I-4
TURNERSVILLE, NJ 08012

ANDREW B FINBERG
OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
535 ROUTE 38 SUITE 580
CHERRY HILL, NJ 08002

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

      By: /s/ Amanda Nelson