Printed on: 12/31/2024
ANDREW B. FINBERG [*ICB-99001-00*]



**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE DISTRICT OF NEW JERSEY**

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

**Case Number: 22-13167 (JNP)**

Monthly Payment: $1,359.00
Payments / Month: 1
Current Trustee Comp.: 10.00%

Amanda L. Evans
216 Warren Avenue
Bellmawr, NJ 08031

**For the period of 01/01/2024 to 12/31/2024**

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/29/2024 | $1,238.00 | 03/11/2024 | $1,238.00 | 04/01/2024 | $1,238.00 | 05/13/2024 | $1,238.00 |
| 07/12/2024 | $1,345.00 | 09/03/2024 | $1,345.00 | 10/04/2024 | $1,359.00 | 11/08/2024 | $1,359.00 |
| 12/06/2024 | $1,359.00 | | | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | AMANDA L. EVANS | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | BARBARA J. SNAVELY, ESQUIRE | 13 | $4,190.00 | $4,190.00 | $0.00 | $0.00 |
| 0 | BARBARA J. SNAVELY, ESQUIRE | 13 | $400.00 | $400.00 | $0.00 | $400.00 |
| 0 | BARBARA J. SNAVELY, ESQUIRE | 13 | $400.00 | $400.00 | $0.00 | $0.00 |
| 1 | BARCLAYS BANK DELAWARE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | CAPITAL ONE, N.A. | 33 | $263.78 | $0.00 | $0.00 | $0.00 |
| 3 | CHASE CARD SERVICES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | LVNV FUNDING, LLC | 33 | $520.70 | $0.00 | $0.00 | $0.00 |
| 5 | EMERG CARE SERVICES OF NJ | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | ONEMAIN FINANCIAL GROUP, LLC | 28 | $20.00 | $0.00 | $20.00 | $0.00 |
| 7 | JASON EVANS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | KML LAW GROUP PC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | KML LAW GROUP PC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | MARINER FINANCE, LLC | 33 | $3,957.03 | $0.00 | $0.00 | $0.00 |
| 11 | MIDLAND FUNDING LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | MPMA INC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | PARAMOUNT RECOVERY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $1,494.10 | $0.00 | $0.00 | $0.00 |
| 15 | REMEX INC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | SELECT PORTFOLIO SERVICING, INC. | 24 | $59,995.41 | $23,344.41 | $36,651.00 | $11,100.51 |
| 17 | SOUTH JERSEY RADIOLOGY ASSOCIATES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | SOUTHERN REGIONAL PATHOLOGY AS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | JOSEPH J. ROGERS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | VERIZON BY AMERICAN INFOSOURCE | 33 | $202.15 | $0.00 | $0.00 | $0.00 |
| 23 | VERIZON BY AMERICAN INFOSOURCE | 33 | $162.89 | $0.00 | $0.00 | $0.00 |
| 24 | SELECT PORTFOLIO SERVICING, INC. | 13 | $531.00 | $531.00 | $0.00 | $531.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 05/01/2022 | 25.00 | $0.00 |
| 06/01/2024 | Paid to Date | $26,460.00 |
| 07/01/2024 | 2.00 | $1,345.00 |
| 09/01/2024 | 32.00 | $1,359.00 |
| 05/01/2027 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $11,719.00 |
| Total paid to creditors this period: | $12,031.51 |
| Undistributed Funds on Hand: | $1,223.10 |
| Arrearages: | $1,359.00 |
| Attorney: | BARBARA J. SNAVELY, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**