Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 22−13167−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Amanda L. Evans
aka Amanda Parkin, aka Amanda Lee
Evans
216 Warren Avenue
Bellmawr, NJ 08031

Social Security No.:
xxx−xx−6595

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

on 10/17/25 at 10:00 AM

to consider and act upon the following:

**45** – Certification in Opposition to Certification of Default, Chapter 13 Trustee (related document:44 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Andrew B Finberg. Objection deadline is 09/25/2025. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certification) filed by Trustee Andrew B Finberg) filed by Barbara J. Snavely on behalf of Amanda L. Evans. (Snavely, Barbara)

Dated: 9/25/25

Jeanne Naughton
Clerk, U.S. Bankruptcy Court