Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

                    Case No.: 22–13167–JNP
                    Chapter: 13
                    Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Amanda L. Evans
   aka Amanda Parkin, aka Amanda Lee
   Evans
   216 Warren Avenue
   Bellmawr, NJ 08031

Social Security No.:
   xxx–xx–6595

Employer's Tax I.D. No.:

---

### NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:                  December 30, 2025
Time:                11:00 AM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*52* – Certification in Opposition to GS Mortgage–backed Securities (related document:51 Creditor's Certification of Default (related document:26 Order on Motion For Relief From Stay) filed by Vincent Aprile on behalf of GS Mortgage–Backed Securities Trust 2018–RPL1. Objection deadline is 12/3/2025. (Attachments: # 1 Exhibit # 2 Proposed Order # 3 Certificate of Service) filed by Creditor GS Mortgage–Backed Securities Trust 2018–RPL1) filed by Barbara J. Snavely on behalf of Amanda L. Evans. (Snavely, Barbara)

and transact such other business as may properly come before the meeting.


Dated: December 4, 2025
JAN: kvr

                                                                         Jeanne Naughton
                                                                        Clerk